UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60075-CIV-ALTMAN/Hunt

**MATTHEW SCHRIER**,

    *Plaintiff*,

v.

**QATAR ISLAMIC BANK**,

    *Defendant*.

_____/

## ORDER

**THIS MATTER** came before the Court at a Motion Hearing [ECF No. 73], at which the Court ruled on both the Defendant's Motion to Dismiss (the "Motion" or Mot.") [ECF No. 17] and the Plaintiff's Motion to Compel Discovery (the "Motion to Compel" or "Mot. Compel") [ECF No. 52].[1] For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion to Dismiss [ECF No. 17] is **GRANTED**. The Plaintiffs' Complaint is **DISMISSED without prejudice**.

2. The Plaintiff shall have until **October 30, 2020** to file an Amended Complaint and to serve it on the Defendant.

3. The Plaintiff's *ore tenus* request for jurisdictional discovery is **GRANTED**. The

---

[1] The Defendant filed its Motion to Dismiss on February 14, 2020. The Plaintiff filed a Response to the Defendant's Motion to Dismiss (the "Response" or "Resp.") [ECF No. 38] on February 28, 2020. And the matter ripened on March 6, 2020, when the Defendant filed its Reply (the "Reply") [ECF No. 42]. The Plaintiff filed its Motion to Compel on June 22, 2020. The Court held a hearing on the Motion to Dismiss on August 12, 2020 [ECF No. 64], and Magistrate Judge Patrick M. Hunt held a hearing on the Motion to Compel on August 14, 2020 [ECF No. 63].

    Plaintiff shall have **60 days** from the date on which the Amended Complaint is served to conduct jurisdictional discovery. During those 60 days, the Defendant shall promptly comply with the Plaintiff's discovery requests and may not rely on Qatar Law No. 13 to justify any refusal to engage in jurisdictional discovery.

4. Once the jurisdictional discovery period has ended, the Plaintiff shall have an additional **14 days** to file a Second Amended Complaint, in which it may incorporate any evidence it has adduced through discovery.

5. The time for the Defendant to respond to the Plaintiff's amended pleadings shall be tolled from the date on which the Amended Complaint is filed through the date on which the Second Amended Complaint—the complaint the Plaintiff will file *after* the close of jurisdictional discovery—is served.

6. The Motion to Compel [ECF No. 52] is **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of September 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**