IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

      Plaintiff,

v.

QATAR ISLAMIC BANK,

      Defendant.

## NOTICE OF SERVICE

Plaintiff Matthew Schrier hereby gives notice that he served the Amended Complaint,

Doc. 76, on Defendant Qatar Islamic Bank pursuant to Federal Rule of Civil Procedure 4(f) by

Federal Express, on October 12, 2020.  A proof of delivery is attached hereto as Exhibit A.

Respectfully submitted this 13th day of October, 2020.

/s/ John H. Rains IV
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

*Attorneys for Plaintiff Matthew Schrier*

#3087809v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed a true and correct copy of the foregoing **NOTICE OF**

**SERVICE** using the CM/ECF filing system which will cause copies to be served on counsel of

record.

This 13th day of October, 2020.


/s/ John H. Rains IV
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859