**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Case No. 20-60075-CIV-ALTMAN/HUNT**

MATTHEW SCHRIER,

Plaintiff,

v.

QATAR ISLAMIC BANK,

Defendant.
_________________________________/

**ORDER**

This matter is before this Court *sua sponte* following the Court's *in camera* inspection of certain documents provided by the Parties after reserving ruling on an issue that appeared in Plaintiff's Motions to Compel, ECF Nos. 123 and 130. *See* ECF Nos. 123, 130, and 147. The Honorable Roy K. Altman referred this case to the undersigned for all non-dispositive pretrial matters. ECF No. 39; *see also* 28 U.S.C. § 636; S.D. Fla. L.R., Mag. R. 1. Based upon the Court's review of the materials provided by the Parties, the undersigned finds that, given the fact that the scope of discovery is limited to jurisdiction, requiring Defendant to restore its back-up server to search for potentially responsive documents to Plaintiff's discovery requests is at best premature.

Accordingly, it is hereby ORDERED AND ADJUDGED that Plaintiff's request is DENIED.

**DONE and ORDERED** at Fort Lauderdale, Florida this 13th day of October 2021.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Roy K. Altman,
All Counsel of Record