UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60075-CIV-ALTMAN/HUNT

MATTHEW SCHRIER,

    *Plaintiff,*

v.

QATAR ISLAMIC BANK,

    *Defendant.*

_____/

## ATTORNEY AFFIDAVIT IN SUPPORT OF QATAR ISLAMIC BANK'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

I, Shawn C. Layman, declare and state as follows:

1. I am a member of the bar of this Court.

2. I am a member of the law firm of Crowell & Moring, LLP, counsel for defendant Qatar Islamic Bank (QIB).

3. I respectfully submit this affirmation in support of QIB's Motion to Dismiss Plaintiff's Second Amended Complaint based upon personal knowledge of the facts set forth herein and information derived from a review of the exhibits hereto.

4. The following exhibits are true and correct copies of documents produced by QIB in response to Plaintiff's jurisdictional discovery requests:

- Exhibit A: ███████████████████████████████████████████████████████ (QIB000053 - QIB000071)
- Exhibit B: ███████████████████████████████ (QIB000001-QIB000007)

- Exhibit C: ▮

  ▮ (QIB000008 - QIB000013)

- Exhibit D: ▮

  (QIB000029 - QIB000040)

- Exhibit E: ▮

  ▮ (QIB000041 - QIB000048)

- Exhibit F: ▮

  ▮ (QIB000072 - QIB000074)

5. Attached as Exhibit G are excerpts from a true and correct copy of the transcript of the Fed. R. Civ. P. 30(b)(6) deposition of QIB (Usman Gulzar), held on September 23, 2021.

6. Attached as Exhibit H are excerpts from a spreadsheet produced by PayPal, Inc. in response to a subpoena by Plaintiff.

7. Attached as Exhibit I is a spreadsheet produced by JPMorgan Chase Bank, N.A., in response to a subpoena by Plaintiff.

Dated: October 25, 2021
Washington, D.C.

*Shawn C. Layman* (FBN 48112)
*Attorney for Defendant Qatar Islamic Bank*