# EXHIBIT G



# Transcript of **Qatar Islamic Bank 30(b)(6)**

Thursday, September 23, 2021

*Matthew Schrier v. Qatar Islamic Bank*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 107941

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  FORT LAUDERDALE DIVISION
 3                Case No. 0:20-cv-60075-RKA
 4
 5
    MATTHEW SCHRIER,                  )
 6                                    )
              Plaintiff,              )
 7                                    )
    vs.                               )
 8                                    )
    QATAR ISLAMIC BANK,               )
 9                                    )
              Defendant.              )
10  -------------------------------
11
12
13                 REMOTE DEPOSITION OF
14                     USMAN GULZAR
15
16                 September 23, 2021
17
18
19
    Job No.: 107941
20
21
    Reported by:
22
    Doreen Fox Krenchicki, CM, RPR, CRR
23
24
25
```

```
 1                September 23, 2021

 2                6:00 a.m. - 9:09 a.m.

 3

 4

 5

 6         Remote deposition taken before Doreen

 7   Fox Krenchicki, Registered Professional Reporter,

 8   Certificate of Merit Reporter, Certified Realtime

 9   Reporter and Notary Public for the State of

10   Florida at Large, pursuant to Notice of Taking

11   Deposition filed in the above cause.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                A P P E A R A N C E S

 2                    (All Remotely)

 3

 4        BONDURANT, MIXSON & ELMORE, LLP

 5        Counsel for the Plaintiff

 6              3900 One Atlantic Center

 7              1201 West Peachtree Street, N.W.

 8              Atlanta, Georgia 30309

 9        BY:   MATTHEW R. SELLERS, ESQ.

10              sellers@bmelawcom

11              404-881-4100

12        and   KAMAL GHALI, ESQ.

13

14

15        CROWELL & MORING, LLP

16        Counsel for the Defendant

17        BY:   T. MICHAEL GUIFFRE, ESQ.

18              1001 Pennsylvania Avenue, N.W.

19              Washington, DC 20004

20              mguiffre@crowell.com

21              202-624-2501

22

23

24

25
```

```
 1           A P P E A R A N C E S (Continued)
 2                     (All Remotely)
 3
 4
 5        PILLSBURY WINTHROP SHAW PITTMAN
 6        Co-Counsel for the Defendant
 7        BY:   ARYEH L. KAPLAN, ESQ.
 8              600 Brickell Avenue
 9              Suite 3100
10              Miami, FL 33131
11              aryeh.kaplan@pillsburylaw.com
12              786-913-4883
13
14
15
16        ALSO PRESENT:
17        Lindsey A. Harrison (Bondurant Law Firm)
18
19
20
21
22
23
24
25
```

```
 1   for that entire period.
 2              Why does QIB maintain relationships
 3   with US banks?
 4              MR. GUIFFRE:  I object and instruct
 5       the witness not to answer with respect to the
 6       present day nature of your question.
 7   BY MR. SELLERS:
 8       Q.     Why did QIB maintain relationships
 9   with US banks?
10       A.     Correspondent banking relationships,
11   these are relationships a bank would generally
12   maintain with banks across the world, including
13   the United States, and this is for general use of
14   currency requirements for not only Qatar Islamic
15   Bank, but also for the Qatari client base that QIB
16   has.  And these are -- the purpose of these
17   accounts, relationships, are to facilitate
18   international trade, cross-border payments,
19   settlements, FX, et cetera.  Usually these are
20   fee-based services and the relationships were
21   covered out of Dubai and Bahrain for these banks.
22       Q.     What do you mean your relationships
23   were covered out of Dubai and Bahrain?
24       A.     The relationship for -- during the
25   relevant period, during the relevant time period
```

```
 1   in discussion, there were three banks that QIB
 2   maintained relationships with; namely, JP Morgan,
 3   the relationship manager who covers our day-to-day
 4   activities is covered -- is based in Bahrain, whom
 5   we speak to for any account-related service
 6   requirements.
 7              And for the others, JP -- sorry.
 8   Bank, Deutsche Bank, that's covered out of Dubai.
 9   And Standard Chartered also covered out of Dubai.
10   The relationship.
11              So for our daily requirements, we
12   would reach out to our relationship manager based
13   in Dubai and Bahrain, respectively.
14       Q.    Would you agree that QIB transacted
15   business in the United States through its
16   correspondent accounts?
17       A.    Can you repeat the question?
18       Q.    Sure.
19       A.    Or could you rephrase the question?
20       Q.    Could I rephrase?
21       A.    Yes, please.
22       Q.    Would you agree that QIB conducted
23   transactions in the United States for its
24   correspondent accounts?
25       A.    We used our correspondent banking
```

```
 1      A.     Usually such accounts are -- because
 2   these relationships are maintained from the Middle
 3   East.  In Deutsche Bank's case -- let me get the
 4   speaker on the side.
 5             (Whereupon a discussion was held off
 6        the record.)
 7             THE WITNESS:  Because these
 8        relationships are -- have offices in the
 9        Middle East, and particularly for Deutsche
10        Bank it's based out of Dubai, we would have
11        been reached out by the representatives
12        encouraging us to open an account with them
13        and just... the accounts get opened.  It was
14        very simple.
15   BY MR. SELLERS:
16      Q.     Did anyone from QIB go to New York to
17   open the Deutsche Bank account?
18      A.     No, sir.
19             As I said, these relationships are
20   majority of the times maintained from the Middle
21   East.
22             For example, our other currency
23   accounts, as well, Euro or GBP, the relationships
24   are maintained from the Middle East, and Dubai and
25   Bahrain in particular, depending on which bank it
```

Trustpoint.One Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    CERTIFICATE OF OATH

 2

 3

 4   STATE OF FLORIDA

 5   COUNTY OF BROWARD

 6

 7

 8        I, the undersigned authority, certify that

 9   USMAN GULZAR appeared before me remotely, via Zoom

10   videoconference, and was duly sworn.

11

12        Witness my hand and official seal this 24th

13   day of September 2021.

14

15

16                   _____

17                   DOREEN KRENCHICKI

18                   Notary Public - State of Florida

19                   My Commission GG 977602

20                   Expires April 12, 2024

21

22

23

24

25
```

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

  I, DOREEN FOX KRENCHICKI, CCR, CM, RPR, CRR, certify that I was authorized to and did stenographically report the deposition of ^ WITNESS; that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

  I do further certify that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

  DATED this ^ day of ^ month 2017.

_____
DOREEN FOX KRENCHICKI,
CCR, CM, RPR, CRR