IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

     Plaintiff,

v.

QATAR ISLAMIC BANK,

     Defendant.

## DECLARATION OF MATTHEW R. SELLERS

I, Matthew R. Sellers, declare and state as follows:

1.     I am an associate at Bondurant, Mixson & Elmore, LLP, counsel for Plaintiff Matthew Schrier.  I am admitted to this Court *pro hac vice*.  I make this Declaration in support of Plaintiff's Opposition to Qatar Islamic Bank's Motion to Dismiss ("Opposition").  If called to do so, I could competently testify to the matters herein.

2.     Exhibit A to the Opposition is a true and correct copy of an email chain between John Santopietro of Global Payments Advisory Group and three Qatar Islamic Bank employees produced by Global Payments Advisory Group in response to a subpoena.

3.     Exhibit B to the Opposition is a redacted true and correct excerpt of the Rule 30(b)(6) deposition of Qatar Islamic Bank.  Plaintiff has contemporaneously moved to file an unredacted copy of Exhibit B under seal because some testimony concerns substantive matters related to QIB's correspondent account.

4.     Exhibit C to the Opposition is a true and correct excerpt of the Rule 30(b)(6) deposition of Qatar Islamic Bank, separate from Exhibit B to allow filing of the entire document

under seal.  Plaintiff has contemporaneously moved to file Exhibit C under seal because the testimony concerns the substance of specific QIB correspondent account transactions.

5.      Exhibit D to the Opposition is a true and correct copy of Plaintiff Matthew Schrier's Objections and Responses to Defendant Qatar Islamic Bank's Interrogatories.

6.      Exhibit E to the Opposition is a true and correct copy of a letter I sent to QIB's counsel regarding the Rule 30(b)(6) deposition of QIB on September 29, 2021.

7.      Exhibit F to the Opposition is a true and correct copy of a letter QIB's counsel sent to me regarding the Rule 30(b)(6) deposition of QIB on September 30, 2021.

8.      Exhibit G to the Opposition is a redacted true and correct copy of a letter I sent to QIB's counsel regarding the Rule 30(b)(6) deposition of QIB on October 19, 2021.  Plaintiff has contemporaneously moved to file an unredacted copy of Exhibit G under seal because the letter reveals the substance of QIB's correspondent account transactions.

9.      Exhibit H to the Opposition is a redacted true and correct copy of a letter QIB's counsel sent to me regarding the Rule 30(b)(6) deposition of QIB on October 20, 2021.  Plaintiff has contemporaneously moved to file an unredacted copy of Exhibit H under seal because the letter reveals the substance of QIB's correspondent account transactions.

10.      Exhibit I is a true and correct copy of an email thread dated October 20, 2021 between myself and QIB's counsel regarding the letters exchanged on October 19 and 20.

11.      Using publicly available web sources, I looked up the IP addresses of the two Florida vendors contained on the PayPal spreadsheet attached to QIB's Motion to Dismiss as Exhibit H.  Both IP addresses were in Florida in this district.

I declare under penalty of perjury the foregoing is true and correct this 8th day of November, 2021.

/s/ *Matthew R. Sellers*
Matthew R. Sellers