EXHIBIT A



John Santopietro <jsantopietro@gpag.org>

# JS District Court Summons

7 messages

---

**John Santopietro** <jsantopietro@gpag.org>  Thu, Jan 16, 2020 at 10:09 PM
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

 **QIB Summons.pdf**
23162K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Thu, Jan 16, 2020 at 10:09 PM
To: jsantopietro@gpag.org



**Message too large**

Your message couldn't be delivered to Hassan.Chedid@qib.com.qa because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

```
552 size limit exceeded
```

Final-Recipient: rfc822; Hassan.Chedid@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:09:26 -0800 (PST)

---------- Forwarded message ----------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:
Date: Thu, 16 Jan 2020 22:09:01 -0500
Subject: US District Court Summons
Dear Sirs,

complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: jsantopietro@gpag.org

Thu, Jan 16, 2020 at 10:09 PM

## Message too large

Your message couldn't be delivered to **usman.gulzar@qib.com.qa** because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

552 size limit exceeded

Final-Recipient: rfc822; usman.gulzar@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:09:25 -0800 (PST)

---------- Forwarded message ----------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:
Date: Thu, 16 Jan 2020 22:09:01 -0500
Subject: US District Court Summons

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: jsantopietro@gpag.org

Thu, Jan 16, 2020 at 10:09 PM



## Message too large

Your message couldn't be delivered to **nadukkandi.abdulnasser@qib.com.qa** because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

552 size limit exceeded

Final-Recipient: rfc822; nadukkandi.abdulnasser@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:09:26 -0800 (PST)

---------- Forwarded message ----------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:
Date: Thu, 16 Jan 2020 22:09:01 -0500
Subject: US District Court Summons

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**John Santopietro** <jsantopietro@gpag.org>  
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

Thu, Jan 16, 2020 at 10:19 PM

[Quoted text hidden]



QIB Summons.pdf
23162K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  
To: jsantopietro@gpag.org

Thu, Jan 16, 2020 at 10:19 PM

## Message too large

GPAG_Schrier_000007



Your message couldn't be delivered to **Hassan.Chedid@qib.com.qa** because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

`552 size limit exceeded`

Final-Recipient: rfc822; Hassan.Chedid@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:19:47 -0800 (PST)

---------- Forwarded message ---------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:
Date: Thu, 16 Jan 2020 22:19:23 -0500
Subject: Re: US District Court Summons

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: jsantopietro@gpag.org

Thu, Jan 16, 2020 at 10:19 PM



**Message too large**

Your message couldn't be delivered to **usman.gulzar@qib.com.qa** because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

`552 size limit exceeded`

Final-Recipient: rfc822; usman.gulzar@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:19:47 -0800 (PST)

---------- Forwarded message ----------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:
Date: Thu, 16 Jan 2020 22:19:23 -0500
Subject: Re: US District Court Summons

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: jsantopietro@gpag.org

Thu, Jan 16, 2020 at 10:19 PM

 **Message too large**

Your message couldn't be delivered to **nadukkandi.abdulnasser@qib.com.qa** because it exceeds the size limit. Try reducing the message size and resending.

The response from the remote server was:

552 size limit exceeded

Final-Recipient: rfc822; nadukkandi.abdulnasser@qib.com.qa
Action: failed
Status: 5.0.0
Remote-MTA: dns; smtp.qib.com.qa. (89.211.54.245, the server for the domain qib.com.qa.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Thu, 16 Jan 2020 19:19:47 -0800 (PST)

---------- Forwarded message ----------
From: John Santopietro <jsantopietro@gpag.org>
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>
Cc:
Bcc:

GPAG_Schrier_000009

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. Please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

Kindly acknowledge receipt of this email.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

----- Message truncated -----

---

**John Santopietro** <jsantopietro@gpag.org>   Thu, Jan 16, 2020 at 10:38 PM
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

Dear Sirs,

Attached for your immediate attention is a Summons from the United States District Court for the Southern District of Florida. The summons is being sent to you in 6 files, the first three are included herein the remaining three will follow in a separate email. Also, please confirm your complete street address so we may dispatch the original as international couriers will not deliver to a PO Box.

[Quoted text hidden]

3 attachments

- QIB Summons part 1.pdf  4068K
- QIB Summons part 2.pdf  3844K
- QIB Summons part 3.pdf  3798K

---

**John Santopietro** <jsantopietro@gpag.org>   Thu, Jan 16, 2020 at 10:47 PM
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

Dear Sirs,

Further to the below, attached are the three remaining files that completes the aforementioned summons. Kindly acknowledge receipt.

Sincerely,

John Santopietro
Director of Agent Services
GPAG, LLC

[Quoted text hidden]

3 attachments

- QIB Summons part 5.pdf  4028K
- QIB Summons part 4.pdf  4096K
- QIB Summons part 6.pdf  3260K

---

**John Santopietro** <jsantopietro@gpag.org>   Fri, Jan 17, 2020 at 1:43 PM
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

Dear Sirs,

Further to the below, we have dispatched the originals via DHL Express, tracking number: 4718161206.

Sincerely,

John Santopietro
GPAG, LLC

[Quoted text hidden]

---

**John Santopietro** <jsantopietro@gpag.org>
To: Qatar Islamic Bank <FID@qib.com.qa>

Sun, Jan 19, 2020 at 10:23 AM

For immediate , kindly acknowledge receipt, thank you.

Kind Regards,

John Santopietro
Director of Agent Services
GPAG, LLC

[Quoted text hidden]

**3 attachments**

- QIB Summons part 1.pdf — 4068K
- QIB Summons part 2.pdf — 3844K
- QIB Summons part 3.pdf — 3798K

---

**John Santopietro** <jsantopietro@gpag.org>
To: Qatar Islamic Bank <FID@qib.com.qa>

Sun, Jan 19, 2020 at 10:25 AM

For immediate attention, kindly acknowledge receipt, thank you.

Kind Regards,

John Santopietro
Director of Agent Services
GPAG, LLC


---------- Forwarded message ---------
From: **John Santopietro** <jsantopietro@gpag.org>
Date: Thu, Jan 16, 2020 at 10:47 PM
Subject: Re: US District Court Summons
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

[Quoted text hidden]

**3 attachments**

- QIB Summons part 5.pdf — 4028K
- QIB Summons part 4.pdf — 4096K
- QIB Summons part 6.pdf — 3260K

---

**John Santopietro** <jsantopietro@gpag.org>
To: Qatar Islamic Bank <FID@qib.com.qa>

Sun, Jan 19, 2020 at 10:25 AM

For immediate attention, kindly acknowledge receipt, thank you.

Kind Regards,

John Santopietro

GPAG, LLC

---------- Forwarded message ---------
From: **John Santopietro** <jsantopietro@gpag.org>
Date: Fri, Jan 17, 2020 at 1:43 PM
Subject: Re: US District Court Summons
To: Qatar Islamic Bank <nadukkandi.abdulnasser@qib.com.qa>, Qatar Islamic Bank <usman.gulzar@qib.com.qa>, Qatar Islamic Bank <Hassan.Chedid@qib.com.qa>

[Quoted text hidden]

---

Usman Gulzar <Usman.Gulzar@qib.com.qa>  
To: John Santopietro <jsantopietro@gpag.org>  
Cc: Hassan Chedid <Hassan.Chedid@qib.com.qa>, Tarig Osman <Tarig.Osman@qib.com.qa>

Tue, Jan 21, 2020 at 1:20 AM

Dear John,

Reference to your email below.

We look forward to hearing from you on the basis of urgency the exact date and time on which GPAG had received the summon in discussion on behalf of QIB.

The sought information is of importance to us and or urgency. Look forward to hearing from you accordingly.

Regards,

Usman Gulzar Ahmed

Senior Executive Manager, Financial Institutions

Tel: +974 – 4033 4701

GSM: +974 – 55649900 / 55640303

From: John Santopietro <jsantopietro@gpag.org>
Sent: Sunday, January 19, 2020 6:25 PM
To: FID <FID@qib.com.qa>
Subject: Fwd: US District Court Summons

**CAUTION:** This email originated from outside QIB. **Do not click** any links or open attachments unless you are sure of the safety of the contents.

[Quoted text hidden]

CONFIDENTIALITY: This message contains confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. It is intended for the recipient named, and if you receive this e-mail in error, please notify the sender and delete this e-mail from your system. The integrity and security of this message cannot be guaranteed on the Internet.

---

Hassan Chedid <Hassan.Chedid@qib.com.qa>  
To: Usman Gulzar <Usman.Gulzar@qib.com.qa>  
Cc: Tarig Osman <Tarig.Osman@qib.com.qa>, John Santopietro <jsantopietro@gpag.org>, "Tarek Y. Fawzi" <Tarek.Fawzi@qib.com.qa>

Tue, Jan 21, 2020 at 1:31 AM

Looping CMWR

[Quoted text hidden]
[Quoted text hidden]

**John Santopietro** <jsantopietro@gpag.org>
To: Usman Gulzar <Usman.Gulzar@qib.com.qa>
Cc: Hassan Chedid <Hassan.Chedid@qib.com.qa>, Tarig Osman <Tarig.Osman@qib.com.qa>

Tue, Jan 21, 2020 at 6:15 AM

Dear Usman,

The Summons was delivered to us at approx. 9 PM on Thursday January 16th.. Our initial email notice was sent at approx. 10:40 PM

According to DHL Express the original were received at your office yesterday, please confirm.

Kind Regards,

John Santopietro
Director of Agent Services
GPAG, LLC

[Quoted text hidden]