EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

### PLAINTIFF'S OBJECTIONS AND RESPONSES
### TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff Matthew Schrier ("Schrier") hereby provides these objections and responses to Defendant Qatar Islamic Bank's ("QIB") First Set of Interrogatories (the "Interrogatories"). Schrier reserves the right to amend and supplement these responses as discovery progresses.

### OBJECTIONS TO THE DEFINITIONS AND INSTRUCTIONS

1.    Schrier objects to Instruction 10's time period of January 1, 1992 to the present as overbroad, unduly burdensome, and not reasonably calculated to lead to discoverable information. The proposed time period would cover events well before and well after the events at issue in this case. Schrier will respond within the timeframes set forth in response to individual interrogatories, which are tailored to encompass material facts reasonably related to the issues in the case.

2.    Schrier objects to the extent any Interrogatory asks him to identify documents not within his possession, custody, or control or to identify persons or documents he does not know of. Schrier will identify documents within his possession, custody, or control and will identify

#3031337v1

- The December 2012 video announcing the formation of the Syrian Islamic Front

5.     State with particularity all material facts on which Plaintiff bases his allegation that "he could not have discovered his tort claims by reasonable diligence within the applicable statute of limitations." (Response to Defendant's Motion to Dismiss, p. 20)

**RESPONSE TO INTERROGATORY NO. 5:**     Schrier is not an expert in terror finance and does not read Arabic.  He cannot read the social media posts on which his claims are based.  He did not discover any fact during his kidnapping, torture, or captivity that gave him any notice of QIB's role in enabling the Nusra Front or Ahrar al-Sham or of any link between QIB and those groups.  Without such a lead, he had no basis to think QIB had anything to do with his ordeal and therefore no reason to investigate its aiding and abetting.

6.     State with particularity all material facts upon which you base your "tort claims" and when and how you learned those facts. (Response to Defendant's Motion to Dismiss, p. 20)

**RESPONSE TO INTERROGATORY NO. 6:**     Schrier bases his aiding and abetting false imprisonment claims (Counts Seven and Eight) on his nearly seven months of captivity at the hands of the Nusra Front and his 64 days of captivity at the hands of Ahrar al-Sham (at the Nusra Front's direction).  Schrier learned of the false imprisonment at the time it happened to him.  He learned of QIB's aiding and abetting in early 2018.

Schrier bases his aiding and abetting intentional infliction of emotional distress (Counts Nine and Ten) on the Nusra Front's and Ahrar al-Sham's conduct while holding him captive, including torturing him, depriving him of food and water, and confining him in inadequate facilities.  These events include what happened to him during his captivity as recounted in the Complaint and in his book, *The Dawn Prayer (or How to Survive a Secret Syrian Terror Prison)*, including the following (book page numbers in parentheses):

#3031337v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## **VERIFICATION**

I, Matthew Schrier, verify under penalty of perjury that the answers set forth in **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES** are true and correct to the best of my knowledge, information and belief. I reserve the right to make changes in the Responses if at any time it appears that an error or omission has been made herein or if additional or more accurate information becomes available.

Dated: April 20th, 2020

                                                  /s/*Matthew Schrier*
                                                  Matthew Schrier

#3031337v1