EXHIBIT G

# BONDURANT MIXSON & ELMORE LLP

**MATTHEW R. SELLERS**

WRITER'S DIRECT DIAL
(404) 881-4186
sellers@bmelaw.com

October 19, 2021

**VIA EMAIL ONLY**

T. Michael Guiffre, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
mguiffre@crowell.com

Re:   *Schrier v. Qatar Islamic Bank*, No. 20-cv-60075 (S.D. Fla.)

Dear Michael:

To complete conferral about the deposition, I am writing to identify the questions we believe QIB improperly refused to answer. These should not come as a surprise; I already identified most of them in my letter of September 29. The questions, and the page and line numbers where they appear, are below:

- Whether QIB's correspondent accounts were used to finance the Madid campaign in 2012 or 2013 (Dep. at 94:1–11).
- Whether QIB's correspondent accounts were used to finance the Nusra Front in 2012 or 2013 (Dep. at 94:19–95:4).
- Whether QIB's correspondent accounts were used to finance Ahrar al-Sham in 2012 or 2013 (Dep. at 95:11–20).
- Whether QIB knows who Saad bin Saad al-Kabi is (Dep. at 95:22–25).
- Whether the below correspondent account transactions, which occurred between April 24, 2013 and November 1, 2013, benefited the Madid campaign, the Nusra Front, Ahrar al-Sham, or supported Mr. Schrier's captivity (Dep. at 105:11–111:25):

| Date | Amount | Sender | Recipient | Correspondent Bank |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |

---

1 ■



October 19, 2021
Page **2** of **2**

Please let me know if QIB will answer these questions.

                        Best regards,

                        */s/ Matthew R. Sellers*
                        Matthew R. Sellers

MRS:jmt

cc:    Shawn C. Layman, Esq.
        Aryeh L. Kaplan, Esq.
        Markenzy Lapointe, Esq.
        Ariella J. Ederi, Esq.
        John H. Rains IV, Esq.
        Kamal Ghali, Esq.