EXHIBIT I

| | |
|---|---|
| From: | Matthew R. Sellers |
| Sent: | Wednesday, October 20, 2021 9:06 PM |
| To: | Guiffre, Michael; Layman, Shawn |
| Cc: | Kaplan, Aryeh L.; Lapointe, Markenzy; Ederi, Ariella J.; John H. Rains IV; Kamal Ghali |
| Subject: | RE: Schrier v. QIB |

Dear Michael,

We do not agree to your proposal. At the deposition, QIB obstructed discovery and, at your direction, refused to answer squarely relevant questions. The goal seems to have been to preview the questions and shape testimony at a subsequent deposition. And QIB now unilaterally insists on responding in writing with the assistance of counsel and without any follow up questions. These demands are unreasonable.

Best,
Matthew

From: Guiffre, Michael <MGuiffre@crowell.com>
Sent: Wednesday, October 20, 2021 3:46 PM
To: Matthew R. Sellers <Sellers@bmelaw.com>; Layman, Shawn <SLayman@crowell.com>
Cc: Kaplan, Aryeh L. <aryeh.kaplan@pillsburylaw.com>; Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Ederi, Ariella J. <ariella.ederi@pillsburylaw.com>; John H. Rains IV <rains@bmelaw.com>; Kamal Ghali <Ghali@bmelaw.com>
Subject: RE: Schrier v. QIB

CAUTION:External Email.

Matthew,

Here is our written response. As addressed in the letter, we need to file the motion today if we are going to supplement the deposition answers.

Best regards,
Michael

From: Matthew R. Sellers <Sellers@bmelaw.com>
Sent: Wednesday, October 20, 2021 2:30 PM
To: Guiffre, Michael <MGuiffre@crowell.com>; Layman, Shawn <SLayman@crowell.com>
Cc: Kaplan, Aryeh L. <aryeh.kaplan@pillsburylaw.com>; Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Ederi, Ariella J. <ariella.ederi@pillsburylaw.com>; John H. Rains IV <rains@bmelaw.com>; Kamal Ghali <Ghali@bmelaw.com>
Subject: RE: Schrier v. QIB

External Email

Michael,

It would be helpful to have your position in writing before we have another call, so we can best focus our discussion.

Thanks,
Matthew

---

**From:** Guiffre, Michael <MGuiffre@crowell.com>
**Sent:** Wednesday, October 20, 2021 12:45 PM
**To:** Matthew R. Sellers <Sellers@bmelaw.com>; Layman, Shawn <SLayman@crowell.com>
**Cc:** Kaplan, Aryeh L. <aryeh.kaplan@pillsburylaw.com>; Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Ederi, Ariella J. <ariella.ederi@pillsburylaw.com>; John H. Rains IV <rains@bmelaw.com>; Kamal Ghali <Ghali@bmelaw.com>
**Subject:** RE: Schrier v. QIB

CAUTION: External Email.

Matthew,

We are evaluating your letter. I may not be able to respond today, but it may be helpful to tentatively schedule a call. Are you available for a call at 4:00 pm or later?

Thanks,
Michael

---

**From:** Matthew R. Sellers <Sellers@bmelaw.com>
**Sent:** Tuesday, October 19, 2021 4:56 PM
**To:** Guiffre, Michael <MGuiffre@crowell.com>; Layman, Shawn <SLayman@crowell.com>
**Cc:** Kaplan, Aryeh L. <aryeh.kaplan@pillsburylaw.com>; Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Ederi, Ariella J. <ariella.ederi@pillsburylaw.com>; John H. Rains IV <rains@bmelaw.com>; Kamal Ghali <Ghali@bmelaw.com>
**Subject:** Schrier v. QIB

[External Email]

Dear Michael,

Please see the attached regarding the deposition.

Best,
Matthew

**Matthew R. Sellers**

**BONDURANT MIXSON & ELMORE** LLP

One Atlantic Center | 1201 West Peachtree Street NW
Suite 3900 | Atlanta, GA 30309
P: 404.881.4186    F: 404.881.4111    E: sellers@bmelaw.com
www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4186) or by electronic mail (sellers@bmelaw.com) and destroy the original message, any attachments hereto dand all copies and backups thereof. Thank you.