# EXHIBIT J

# AGENT APPOINTMENT AGREEMENT

By this Agreement (the "Agreement") dated this May 17, 2009, concluded in the State of New York, QATAR ISLAMIC BANK hereby appointed Global Payments Advisory Group ("GPAG"), PO Box 647, New City, New York 10956 as its agent for service of process only for the purpose set forth in the Certification for Purposes of Sections 5318 (k) of Title 31 United States Code, as added by Section 313 and 319 (b) of the USA Patriot Act of 2001 (Public Law 107 – 56). The primary address for the receipt of process by GPAG served under this appointment shall be 90 Village Green, Bardonia, New York 10954. The appointment shall be effective May 18, 2009 through May 18, 2010 (the "Term").

The responsibility of GPAG shall be to accept and forward the legal process received during the Term by a recognized national express courier service to the address of QATAR ISLAMIC BANK as set forth below under its signature, QATAR ISLAMIC BANK will provide GPAG in writing with any changes to its address. GPAG shall have no responsibility – other than cases of negligence - for the receipt or non-receipt by QATAR ISLAMIC BANK of such legal process. Should legal process be returned to GPAG for any reason, then it is GPAG shall have no responsibility other than to return such legal process to the sender by first class mail.

QATAR ISLAMIC BANK agrees to indemnify, hold harmless and defend GPAG from and against any and all claims, damages, liabilities and causes of action (including attorneys fees and costs) imposed upon, incurred by or asserted against GPAG, directly or indirectly, relating to or arising out of the Agreement during the term; provided however, that the indemnification shall not extended to willful misconduct or gross negligence by GPAG. This paragraph will survive the expiration or termination of the Term and of the Agreement.

The Agreement will be construed and enforced in accordance with, and governed by, the laws of the State of New York without application of any conflict of law provisions, and venue for any suit or other action interpreting or enforcing this Agreement shall be court of competent jurisdiction in New York.

QATAR ISLAMIC BANK agrees to pay GPAG a total fee of $350. Funds may be wired to Citibank NA, ABA # 021000089, for credit to Global Payments Advisory Group, account no. 09114573. The agreed upon fee will include all legal processes during the above specified period irrespective of the number of accounts opened by QATAR ISLAMIC BANK in U.S. banks. <u>All bank/wire charges are for account of the sender.</u>

This Agreement may be renewed annually, at your option if you agree to renew, payment of the Agent Service fee will be made upon receipt of an invoice from GPAG.

| AGREED:<br>QATAR ISLAMIC BANK | GLOBAL PAYMENTS ADVISORY GROUP |
|---|---|
| By:<br><br>*[signature: Seifeldin Ahmed Ibrahim H. El Nabi A-36]*<br><br>Name: Mr. Seif eldin A. Ibrahim, Manager, Correspondent Banking Dept.<br><br>**Address for Delivery of process:**<br><br>QATAR ISLAMIC BANK<br><br>Grand Hamad St.<br><br>P.O. Box 559<br><br>Doha – Qatar | By:<br><br>*[signature: John Santopietro]*<br><br>Name: John Santopietro<br>Title: Director of Agent Services<br><br>**Mailing Address:**<br>PO Box 647<br>New City, New York  10956 |
| Tel 00974 4409409<br><br>Fax 00974 4412700 | Tel./Fax – 845-215-0020 |