UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## CONSENT MOTION TO RESCHEDULE MEDIATION

Plaintiff Matthew Schrier hereby moves the Court to reschedule mediation for May 10, 2022. Mediation is currently scheduled by this Court's order for February 9, 2022, *see* Doc. 132, Ord. Scheduling Mediation. The parties believe mediation would prove more fruitful after a ruling on Defendant Qatar Islamic Bank's Motion to Dismiss. Schrier confirmed that JAMS Mediator Judge Frank Maas is available for a mediation on May 10, 2022. QIB consents to rescheduling mediation.

For these reasons, Schrier respectfully requests the Court enter a new order scheduling mediation for May 10, 2022. A Word version proposed order will be emailed to chambers contemporaneously with this motion.

Respectfully submitted this 14th day of January, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

2

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing **CONSENT MOTION TO RESCHEDULE MEDIATION** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 14th day of January, 2022.

*/s/ John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859