UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60075-CIV-ALTMAN/Hunt

**MATTHEW SCHRIER**,

    *Plaintiff*,

v.

**QATAR ISLAMIC BANK**,

    *Defendant*.

_____/

## AMENDED ORDER SCHEDULING MEDIATION

The Plaintiff filed a Consent Motion to Reschedule [ECF No. 171]. Mediation in this case shall be held before Frank Mass on **May 10, 2022 at 9:30**. Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of February 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record