IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Under Local Rule 7.8, Plaintiff Matthew Schrier gives notice of *Atchley v. AstraZeneca UK Ltd.*, 22 F.4th 204 (D.C. Cir. 2022), which reversed the dismissal of an Anti-Terrorism Act (ATA) complaint. *Atchley* makes five key holdings.

1. *Atchley* affirms that "general awareness" for secondary ATA liability can come from Defendant Qatar Islamic Bank's (QIB) due diligence. *Id.* at 221; Doc. 149 ¶¶ 243–246, 251–52.

2. Under *Atchley*, QIB's assistance need not "have been indispensable" to state a secondary liability claim. 22 F.4th at 222.

3. QIB's provision of services to Saad bin Saad al-Kabi, a Nusra Front agent who "raise[d] money" he "funnel[ed] to terrorist groups," can support secondary liability. *Atchley*, 22 F.4th at 224–25; Doc. 149 ¶ 249.

4. QIB's facilitation of fundraising for the Nusra Front and Ahrar al-Sham "allowed th[ose] organization[s] to grow" and thus can establish proximate cause for primary ATA liability. *Atchley*, 22 F.4th at 227; Doc. 149 ¶¶ 210–13, 294–95.

#3332634v1

5. QIB's U.S. contacts "need not have caused" Schrier's claims to support personal jurisdiction. *Atchley*, 22 F.4th at 234. "[R]each[ing] into the United States to contract with" U.S. banks is one factor that can support jurisdiction. *Id.* at 236.

Respectfully submitted this 14th day of February, 2022.

                               */s/ John H. Rains IV*
                               John H. Rains IV
                               Georgia Bar No. 556052, Florida Bar No. 56859
                               Kamal Ghali
                               Georgia Bar No. 805055 (admitted *pro hac vice*)
                               Matthew R. Sellers
                               Georgia Bar No. 691202 (admitted *pro hac vice*)
                               rains@bmelaw.com
                               ghali@bmelaw.com
                               sellers@bmelaw.com
                               **BONDURANT, MIXSON & ELMORE, LLP**
                               1201 West Peachtree Street, N.W., Suite 3900
                               Atlanta, Georgia 30309
                               Telephone: (404) 881-4100
                               Facsimile: (404) 881-4111

                               G. Scott Hulsey
                               District of Columbia Bar No. 449040 (admitted *pro hac vice*)
                               Carrie A. Tendler
                               New York Bar No. 4400842 (admitted *pro hac vice*)
                               scott.hulsey@kobrekim.com
                               carrie.tendler@kobrekim.com
                               **KOBRE & KIM**
                               1919 M Street, N.W.
                               Washington, DC 20036
                               Telephone: (202) 664-1904
                               Facsimile: (202) 664 1920

                               Kevin T. Carroll
                               District of Columbia Bar No. 1020479
                               New York Bar No. 4075339 (admitted *pro hac vice*)
                               kcarroll@wiggin.com
                               **WIGGIN AND DANA LLP**
                               800 17th Street, N.W., Suite 520
                               Washington, DC 20006
                               Telephone: (202) 800-2475

Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 14th day of February, 2022.

                                                  */s/ John H. Rains IV*
                                                  John H. Rains IV
                                                  Georgia Bar No. 556052
                                                  Florida Bar No. 56859

#3332634v1