UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## CONSENT MOTION TO RESCHEDULE MEDIATION

Plaintiff Matthew Schrier hereby moves the Court to order mediation to take place within 90 days of a decision on Defendant Qatar Islamic Bank's (QIB) pending Motion to Dismiss. Mediation is currently scheduled by this Court's order for May 10, 2022, *see* Doc. 172, Amended Ord. Scheduling Mediation. The parties believe mediation would prove more fruitful after a ruling on QIB's Motion to Dismiss. Schrier therefore proposes that the mediation deadline be tied to the ruling on the Motion to Dismiss. QIB consents to the relief sought by this motion.

For these reasons, Schrier respectfully requests the Court enter a new order scheduling mediation for a date within 90 days after a decision on QIB's Motion to Dismiss. A Word version proposed order will be submitted to chambers contemporaneously with this motion.

Respectfully submitted this 12th day of April, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing **CONSENT MOTION TO RESCHEDULE MEDIATION** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 12th day of April, 2022.

                                              */s/ John H. Rains IV*
                                              John H. Rains IV
                                              Georgia Bar No. 556052
                                              Florida Bar No. 56859