IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Under Local Rule 7.8, Plaintiff Matthew Schrier gives notice of *Herederos De Roberto Gomez Cabrera, LLC v. Teck Resources Ltd.*, __ F.4th __, 2022 WL 3330347 (11th Cir. Aug. 12, 2022). *Herederos* held that the Fifth Amendment personal-jurisdiction analysis "is the same as that under the Fourteenth." *Id.* at *2. *Herederos* rejected the "arbitrary or fundamentally unfair standard" under the Fifth Amendment, which Schrier urged this Court to apply. *See* Doc. 158 at 19–20. To preserve the issue, Schrier maintains that the Fifth Amendment requires only that personal jurisdiction be neither "arbitrary" nor "fundamentally unfair;" however, he acknowledges that *Herederos* binds the Court.

Schrier further gives notice that the en banc Fifth Circuit in *Douglass v. NYK Kaisha*, __ F.4th __, 2022 WL 3368289 (5th Cir. Aug. 16, 2022) (en banc), held that the Fifth and Fourteenth Amendment personal-jurisdiction analyses are the same, over the dissent of five judges. Schrier cited a concurrence to the *Douglass* panel opinion to argue that the "arbitrary or fundamentally" unfair standard should govern the Fifth Amendment personal-jurisdiction analysis.

#3410777v1

Schrier's Opposition offered several other bases for personal jurisdiction. Doc. 158 at 10–19. Neither *Herederos* nor *Douglass* affects those arguments.

Respectfully submitted this 24th day of August, 2022.

/s/ John H. Rains IV
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 24th day of August, 2022.

                                                    */s/ John H. Rains IV*
                                                    John H. Rains IV
                                                    Georgia Bar No. 556052
                                                    Florida Bar No. 56859

#3410777v1