IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

MATTHEW SCHRIER,

    Plaintiff,

v.

QATAR ISLAMIC BANK,

    Defendant.

## RESPONSE TO SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

Under Local Rule 7.8, Plaintiff Matthew Schrier responds to Defendant Qatar Islamic Bank's (QIB) Notice of Supplemental Authority citing *Oueiss v. Saud*, No. 1:20-cv-25022-KMM, 2022 WL 1311114 (S.D. Fla. Mar. 29, 2022). QIB cites *Oueiss* to argue that Federal Rule of Civil Procedure 4(k)(2) does not permit the exercise of conspiracy jurisdiction. For that holding, *Oueiss* relied exclusively on *Ofisi v. Al Shamal Islamic Bank*, No. CV 15-2010 (JDB), 2019 WL 1255096 (D.D.C. Mar. 19, 2019). However, *Ofisi* did *not* reject conspiracy jurisdiction under Rule 4(k)(2). Instead, *Ofisi* "assum[ed] conspiracy jurisdiction is valid under Rule 4(k)(2)" and held that the allegations in that case were insufficient to attribute a co-conspirator's contacts to the defendant to establish personal jurisdiction. *Id.* at *5.

*Oueiss* offered no basis to reject conspiracy jurisdiction under Rule 4(k)(2) besides *Ofisi*. Because *Ofisi* does not actually reject conspiracy jurisdiction, the Court should not follow *Oueiss*.

[*Signatures on following page.*]

#3470211v1

Respectfully submitted this 28th day of September, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

#3470211v1

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and correct copy of the foregoing **RESPONSE TO SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 28th day of September, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859

#3470211v1