IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:20-cv-60075-RKA

| | |
|---|---|
| MATTHEW SCHRIER,<br><br>    Plaintiff,<br><br>v.<br><br>QATAR ISLAMIC BANK,<br><br>    Defendant. | |

## NOTICE OF APPEAL

Plaintiff Matthew Schrier hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the September 30, 2022 Order granting Defendant Qatar Islamic Bank's Motion to Dismiss (Doc. 182), and all other orders in this action to the extent adverse to Plaintiff.

Respectfully submitted this 19th day of October, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

G. Scott Hulsey
District of Columbia Bar No. 449040 (admitted *pro hac vice*)
Carrie A. Tendler
New York Bar No. 4400842 (admitted *pro hac vice*)
scott.hulsey@kobrekim.com
carrie.tendler@kobrekim.com
**KOBRE & KIM**
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 664-1904
Facsimile: (202) 664 1920

Kevin T. Carroll
District of Columbia Bar No. 1020479
New York Bar No. 4075339 (admitted *pro hac vice*)
kcarroll@wiggin.com
**WIGGIN AND DANA LLP**
800 17th Street, N.W., Suite 520
Washington, DC 20006
Telephone: (202) 800-2475
Facsimile: (212) 551-2888

***Attorneys for Plaintiff Matthew Schrier***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and correct copy of the foregoing **NOTICE OF APPEAL** using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 19th day of October, 2022.

/s/ *John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859

#3475672v1